# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

January 14, 2021

**BY ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Pelaez v. JCJ Bakery Corp., et al.*
> Case No. 20-CV-9517 (JMF) (SDA)

Dear Judge Furman,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled before Your Honor on February 4, 2021 at 3:00 p.m. Please accept this letter as the parties' joint request that the conference be adjourned sixty (60) days, and the matter be referred to the Court's annexed mediation program.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: Walter F. Ciacci, Esq. (by email)

Application GRANTED. The initial pretrial conference currently scheduled for February 4, 2021 is ADJOURNED to **April 8, 2021** at **3:30 p.m.** The parties will be referred to the Court-annexed mediation program by separate order to be entered today. In light of that, the parties are RELIEVED of their obligation to contact the magistrate judge to schedule a settlement conference. The Clerk of Court is directed to terminate ECF No. 8. SO ORDERED.

January 14, 2021