CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

May 11, 2021

**BY ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 18.
> SO ORDERED.
> May 12, 2021

*Re:* ***Pelaez v. JCJ Bakery Corp., et al.***
*Case No. 20-CV-9517 (JMF) (SDA)*

Dear Judge Furman,

We are counsel to the plaintiff in the above-referenced matter. Mediation was scheduled to be conducted today. However, yesterday we were informed by defendants' attorney that his clients were in the process of possibly seeking to retain alternate counsel. Consequently, the mediation was cancelled.

With defense counsel's consent, we write to request that the Court enter an Order directing the defendants and/or their counsel to do one of the following within the next 10 days:

1. File a motion to withdraw as defendants' counsel;
2. File a Notice of Substitution of Counsel; or
3. Advise the Court and parties that current counsel will continue to represent the defendants so that discovery can proceed uninterrupted and mediation can be rescheduled as soon as possible.

We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti

cc: Walter F. Ciacci, Esq. (by email)