**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

August 3, 2021

**VIA ECF**

The Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Pelaez v. JCJ Bakery Corp.*
      No. 20-CV-9517-JMF

Dear Judge Furman:

      We represent Defendants in the above referenced matter. We write jointly with Counsel to Plaintiff to request an extension until September 3, 2021 for the Parties to finalize the terms of the settlement and submit it to the Court for review and approval consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Parties require the additional time to address a number of administrative issues within the agreement and to accommodate vacation schedules. The current deadline is August 6, 2021. This is the Parties' first request for an extension.

      We thank the Court for its attention to this matter and appreciate the Court's continued accommodation.

      Respectfully submitted,

      /s/ Brian D. Murphy

      Brian D. Murphy
      for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4852-1620-5556.1
cc:   All Counsel of Record

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 26. SO ORDERED.

*[signature]*

August 4, 2021