# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

September 1, 2021

**VIA ECF**

The Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Pelaez v. JCJ Bakery Corp.*
      No. 20-CV-9517-JMF

Dear Judge Furman:

     We represent Defendants in the above referenced matter. We write jointly with Counsel to Plaintiff to request an extension until September 17, 2021 for the Parties to finalize the terms of the settlement and submit it to the Court for review and approval consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Parties have reached an agreement in principle and require the additional time to finalize lesser details and obtain signatures from all of the defendants. The current deadline is September 3, 2021. This is the Parties' second request for an extension.

     We thank the Court for its attention to this matter and appreciate the Court's continued accommodation.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4852-1620-5556.1
cc:   All Counsel of Record

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 29. SO ORDERED.

*[signature]*

September 1, 2021